Before MICHEL, Chief Judge, PLAGER, Senior Circuit Judge, and RADER, Circuit Judge.

## Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Before MAYER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and GAJARSA, Circuit Judge.

## Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Michael HALL, L.V. Benningfield and New Vision Foods, Inc., Plaintiffs–Appellants,**

v.

**CARGILL, INCORPORATED, Wilbur Chocolate, Co., Inc., and Todd Gusek, Defendants–Cross Appellants.**

No. 06–1076, 06–1128.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2006.

**CARPAD, INC. and Steven Saylor, Plaintiffs–Appellants,**

v.

**BROOKSTONE COMPANY, INC., Defendant–Appellee.**

No. 06–1164.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2006.

Rehearing En Banc Denied Dec. 8, 2006.